IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAY JIBRIL MURRAY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PAUL A. ENNIS, et al., )<br>)<br>Defendants. ) | C.A. No. 08-264 Erie |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on September 22, 2008 was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's report and recommendation, entered orally on the record on July 23, 2010, recommends that the Plaintiff's motion for a preliminary injunction [60] be denied due to Plaintiff's inability to show a substantial likelihood of success on the merits. The parties were allowed ten (10) days from the date of service to file objections. No objections have been filed to date.

After de novo review of the Complaint and the documents in the case, together with the Magistrate Judge's oral Report and Recommendation, the following order is entered:

AND NOW, *to wit*, this 16th day of August, 2010,

IT IS ORDERED that the Plaintiff's motion for a preliminary injunction [60] be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, verbally entered on the record on July 23, 2010, is adopted as the opinion of this Court.

                                                s/ Sean J. McLaughlin
                                                SEAN J. McLAUGHLIN
                                                United States District Judge

cm:    all parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter