IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAY JIBRIL MURRAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:08-cv-264-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| PAUL ENNIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's complaint in this civil rights action was received by the Clerk of Court on November 22, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 21, 2011 [91], recommends that the Plaintiff's motion for preliminary injunction [88] be denied. Plaintiff's objections [92] were filed on February 7, 2011. After de novo review of the complaint and documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 19th Day of April, 2011;

IT IS ORDERED that the Plaintiff's motion for a preliminary injunction [88] be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on February 7, 2011 [91], is adopted as the opinion of this Court.

       s/ <u>Sean J. McLaughlin</u>
       SEAN J. McLAUGHLIN
       United States District Judge

cm:    All parties of record
       U.S. Magistrate Judge Susan Paradise Baxter